UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60055-CR-DIMITROULEAS/SNOW

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(k)
18 U.S.C. § 924(d)(1)

FILED BY____AT____D.C.

Mar 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

JAHMARA RAWLINS,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**False Statement During a Firearms Purchase**
**(18 U.S.C. § 922(a)(6))**

On or about January 30, 2022, in Broward County, in the Southern District of Florida, the defendant,

**JAHMARA RAWLINS,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, AB Pawn and Gun, Inc., did knowingly make a false or fictitious statement, which was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Jahmara Rawlins, stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was purchasing the firearms for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

A. One (1) Taurus G2C, 9mm caliber, serial number ACC605153;
B. One (1) Taurus G2C, 9mm, serial number ACL472290; and
C. One (1) Taurus G2C, 9mm, serial number ACL472366.

## COUNT 2
### Possession of a Firearm with an Obliterated Serial Number
### (18 U.S.C. § 922(k))

From on or about January 30, 2022, through on or about February 4, 2022, in Broward County, in the Southern District of Florida, the defendant,

**JAHMARA RAWLINS,**

did knowingly possess a firearm that had the manufacturer's serial number removed, obliterated, and altered, and had been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(k).

It is further alleged that the firearms were:

A. One (1) Taurus G2C, 9mm caliber, serial number ACC605153;
B. One (1) Taurus G2C, 9mm, serial number ACL472290; and
C. One (1) Taurus G2C, 9mm, serial number ACL472366.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JAHMARA RAWLINS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to

Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
AJAY ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAHMARA RAWLINS,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **Yes**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **22-MJ-06117-AOV**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **3/18/2022**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
AJAY ALEXANDER
Assistant United States Attorney
Court ID No.     A5502506

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   JAHMARA RAWLINS

Count #: 1

False Statement During a Firearms Purchase

Title 18, United States Code, Section 922(a)(6)

*Min./Max. Penalty: 10 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

Count #: 2

Possession of a Firearm with an Obliterated Number

Title 18, United States Code, Section 922(k)

*Min./Max. Penalty: 5 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**